**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR CAMARGO-JUAREZ,

Plaintiff,

v.

GRAND SIERRA RESORT CASINO, *et. al.*,

Defendant.

Case No. 3:26-cv-00811-MMD-CLB

**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS***

On October 19, 2026, Plaintiff Victor Camargo-Juarez ("Camargo-Juarez") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Camargo-Juarez has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Camargo-Juarez the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Friday, November 20, 2026**, Camargo-Juarez will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Camargo-Juarez's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Camargo-Juarez timely complies with this order.

**DATED**: October 19, 2026.

**UNITED STATES MAGISTRATE JUDGE**